

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*          *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*    *Fax (414) 297-1738*
*Milwaukee WI 53202*        *www.justice.gov/usao/wie*

April 28, 2017

Honorable Nancy Joseph
United States Magistrate Judge
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 249
Milwaukee, WI 53202

       RE:    *U.S. v. Michael Ludke*
                16-CR-175

Dear Judge Joseph:

      The government has circulated to the defense attorneys a proposed protective order, as we discussed at the status hearing last Monday. Counsel has not yet responded, and thus we will not be able to file the motion and proposed order today as expected. I will file the papers as soon as possible.

                                       Sincerely,

                                       GREGORY J. HAANSTAD
                                       United States Attorney

                  By:     s/PAUL L. KANTER
                             Assistant United States Attorney
                             Bar Number: 1005035
                             Attorney for Plaintiff
                             Office of the United States Attorney
                             Eastern District of Wisconsin
                             517 East Wisconsin Avenue, Room 530
                             Milwaukee, WI 53202
                             Telephone: (414) 297-1700
                             Fax: (414) 297-1738
                             E-Mail: Paul.Kanter@usdoj.gov