# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes
Tom Phillip

801 East Walnut Street
Second Floor
Green Bay, Wisconsin 54301

Telephone 920-430-9900
Facsimile 920-430-9901

June 2, 2017

Hon. Nancy Joseph
United States Magistrate Judge
517 East Wisconsin Avenue
Milwaukee WI 53202-4500

RE: *United States v. Jason Michael Ludke*
Case No. 16-CR-175

Dear Judge Joseph:

I am writing to follow up on a question raised by the Court at the status conference on May 25, 2017.

Mr. Ludke would like to be physically present at the status conference scheduled for July 5, 2017, at 10:00 a.m.

Please contact me with any questions.

Sincerely,


**s/ Tom Phillip**
Tom Phillip, Bar #1023113
Associate Federal Defender

TEP/cdb
cc.   Jason Ludke
      AUSA Paul L. Kanter
      Craig S. Powell, Esq.

N:\Cases-Open\K-L\Ludke, Jason - 17-061\Correspondence\Judge 060217.wpd