Jason M. Ludke
Milwaukee County Jail
949 N. 9th St.
Milwaukee, WI 53233

U.S. District Court
Wisconsin Eastern
JAN 10 2018
FILED
Stephen C. Dries, Clerk.

Re=

United States of America
- vs -
Jason M. Ludke; et.al.

Case No.: 16-CR-175

January 2, 2018

Dear U.S. District Judge Lynn Adelman =

I am writing to you regarding the mistreatment I am receiving in this current facility.

I've written the U.S. Marshals' office 2 (two) letters about mistreatment here, requesting to be moved to any other facility, and I believe my letters are ignored!?

Can you forward this letter to the U.S. Marshals' with request I be moved

to another holding facility due to this ill-treatment here!

- After I wrote the U.S. marshals office 2 letters, complaining that I'm denied medical dental care here for the last 2 months, and denied to view my Discovery disks here.

※ I believe I was then "retaliated" upon, as I arrived at this Jail on 10-4-2017; I was (after these letters were sent complaining) brought to this harsh punitive segregation on 12-27-2017, with no reasons told to me, no Due process hearing rights, and I'm being denied by these Jail staff to make a telephone call to my appointed federal attorneys Josh Uller and Tom Phillip!?

I am illegally being denied to call my appointed 2 federal attorneys!

I have had no rule violations, and was having good behavior with staff and inmates, so there is no justification in this "increase" in my Jail housing, almost 90 days after my arrival here!

Can you notify my 2 attorneys Josh Uller and Tom Phillip federal defender services, that this facility, illegally has me in punitive segregation with no Due Process rights, and whenever I ask a officer to let me out so I may call my 2 attorneys, I am told I am denied by these Jail officers!?

Lastly, I have been writing requesting of dental care for almost 2 months to date, and still subjected to negligence and deliberate indifference here and have not been able to see dental.

I am also now denied to look at my Discovery disks here, when I

ask, these facility personnel tell me not allowed.

- I am tired of this mistreatment here Your Honor, so can you now forward this matter to the U.S. Marshals' service, with requests that I be moved out of this "unjust facility"?

I declare under the penalty of perjury that everything contained herein is true and correct to the best of my knowledge and beliefs.

executed at Milwaukee, Wisconsin this 2nd day of January, 2018.

Respectfully,

*[signature]*

cc: File
U.S. Judge L. Adelman ✓

Jason M. Ludke
Federal # 09724-089
Milwaukee County Jail
949 N. 9th St.
Milwaukee, WI
53233

Page 4 of 4