Jason M. Ludke
Milwaukee Cnty Jail
949 N. 9th St.
Milwaukee, WI 53233

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 FEB 21 P 1:18
STEPHEN C. DRIES
CLERK

Re= United States of America
v.
Jason M. Ludke
(aka: Muhammad Abdun Naasir)

Case No.: 16-CR-175

Dear Hon. U.S. Dist. Judge L. Adelman:

① I am writing to you regarding the constant "abuse, neglect and mistreatment" against me in this facility.

② I've sent letters to my Attorney(s) with no reply on this.

③ I've written the U.S. Marshals' service with no reply on this.

Page 1 of 4

④ Shortly after writing the U.S. Marshals', on 2 (two) occassions I was then "retaliated" upon by Jail staff, as I am placed in punitive solitary confinement segregation cell, when I have No rule violations; and to date, I have not been provided any reason, or any Due process rights on this placement, the last two months now.

✶ ⑤ I am being "denied" to look at, work on, and view my "Discovery" c.d. disks for this case, by these Jail staff!

⑥ I am continuing to be denied my medical Dental treatment on "Lower partial denture repair and/or replacement" which was damaged by officers on my arrest."

Page 2 of 4

⑦ I am being denied my proper psychiatric/psychotropic medications for my mental health illnesses; which I am continuing to have problems with!

⑧ Other facilities I was at; I was provided adequete treatment.

⑨ I believe that this Facility is denying my outgoing mail to my Attorneys and to the U.S. marshals' service and this courts!

⑩ I am respectfully notifying the courts of this abuse, neglect and mistreatment occuring here upon me; and "can this Honorable courts please notify the U.S. marshals' office to have me moved to any other holding Facility (e.g. Kenosha, Waukesha, etc)" please!

Page 3 of 4

Case 2:16-cr-00175-LA-NJ   Filed 02/21/18   Page 3 of 4   Document 62

(11) I declare under the penalty of perjury that everything herein is true and correct to the best of my knowledge and beliefs,

executed at Milwaukee, Wisconsin this 6th day of February, 2018.

Respectfully,

*Jason M. Ludke*
(aka *Muhammad A. Naasir*)

Jason M. Ludke
Milwaukee County Jail
949 N. 9th St.
Milwaukee, WI
53233

cc: File
U.S. Dist. Judge Adelman ✓
Attorney Joshua D. Uller

page 4 of 4