Jason M. Ludke
Milwaukee County Jail
949 N. 9th St.
Milwaukee, WI 53233

LA
16175

Re: United States of America
v.
Jason M. Ludke,
(aka: Muhammad Abdun Naasir),
Case No.: 16-CR-175

2018 MAR -7 P 2:28
STEPHEN C. DRIES
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

- Dear Hon. U.S. Magistrate Judge Nancy Joseph:
- Dear Hon. U.S. Dist. Judge L. Adelman:

① I am writing the courts regarding this "abuse, neglect and mistreatment," I am going through, in this particular facility.

② I've previously written to the U.S. Marshals Service office with no replies.

③ I've written my appointed Attorney(s), and being told I'm being held here!?

④ Since being here, at this particular facility, I am having medical problems (nausea and feeling dizzy all day long) and medical will not reply to my concerns! I am being denied my proper and correct psychiatric medications!

⑤ I am continuing to have mental health problems and difficulty in this particular facility, which I did NOT have these problems with my health, or mental health care while at "Kenosha," "Dodge" Facility!

6) I alert the court I am continually being "denied" to view and work on my, "Discovery C.d. disks" for this case, at this facility!

7) We (federal inmates) are constantly locked down in cells, due to the immature "county" detainees; when in other facilities, us "federal" inmates, are housed in "all federal inmates housing units,"

8) I am "denied" use of a Law Library or to use any federal law books or case laws to research my rights in defending myself on these 'untrue' accusations! (All other facilities allow us "federal" inmates a Law Library).

9) I believe that my outgoing and my incoming Legal mail is illegally censored, and denied to reach this court; and often censored or denied before reaching my two Attorneys!

10) I have not been mistreated like this at any other holding facility!

11) I've written the U.S. marshals office with no reply~ so "I feel" like I'm held here out of "vindictive reasons" "due to the allegations in this case" before the court!

12) I am respectfully asking; can the

Hon. courts refer this letter to the U.S. marshals office, with request that I be moved/transferred out this facility, to any other holding facility *(i.e., Kenosha, Dodge, Ozaukee) please, due to my "lack of proper medical care here, and lack of mental health treatment and care here."

(13) I am under "hardship and mistreatment" in this facility and need to be moved out this particular facility to any other holding facility please.

(14) I feel it is as if I was moved to this facility, due to lockdowns, denial of law library, denial to view my case Discovery cd disks here, not being provided medical care, or proper mental health treatment and care.

I declare under the penalty of perjury that everything contained herein is true and correct to the best of my knowledge and beliefs.

Page 3 of 4

Executed at Milwaukee, Wisconsin this 4th day of March, 2018.

Respectfully,

Muhammad Nasir
(aka: Jason M. Ludke)
Defendant.


Jason M. Ludke
Milwaukee County Jail
949 N. 9th St.
Milwaukee, WI
53233

cc: File
Hon. U.S. Dist. Court ✓