Jason M. Ludke
Milwaukee County Jail
949 N. 9th St.
Milwaukee, WI
53233

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 JUL 23 A 8:35
STEPHEN C. DRIES
CLERK

Re = United States of America,
v.
Jason M. Ludke
aka: Muhammad Abdun Naasir

Case No.: 16-CR-175

Dear U.S. Dist. Judge. L. Adelman:

I am exercising my rights to voice my concerns to the courts.

## #1

I am a Salafi Muslim practicing the Islamic religion. I am currently being "substantially burdened" in my Islamic religious exercise; as on my arrest in this case; all my "kufi caps" were logged as evidence seized.

I continue to alert my Attorneys Joshua Uller, and, Tom Phillip. I would like one (1) of my kufi caps returned to me per Fed. R. Crim. P. Rule 41(g) as my religious freedom rights are currently being violated, and, substantially burdened; being held without my Muslim kufi cap.

As a Muslim, I am obligated to wear

my kufi cap, at all times, in emulation and in obedience to Allah (God) and the Prophet Muhammad (peace be upon him), (Holy Quran Ch. 7 verse 31)...

I have repeatedly mentioned this to my Attorneys, and they (seem to me) to ignore my religious freedoms; and how I am being mistreated, and substantially burdened in my Islamic religious freedoms!

I request to be returned one (1) kufi cap, per Fed. R. Crim. P. Rule 41(g), and my religious freedom rights; and this respected court enter Docket Order; that I be allowed to wear my muslim headwear (kufi cap) at all times, during my federal U.S. marshals service, pre-trial detention!

I have been seeking to raise these issues to the court since my arrest; and I have continually been silenced and denied access to the courts to the present date!

#2

After my arrest, I was held at Tom Green County Jail, in San Angelo, Texas; I alerted them I am muslim; and it is against my Islamic faith to strip fully naked.. They told me they needed to take pictures of my tattoos,

In summary; a argument insued; and I wound up being forced to stand naked against my Islamic faith while they took photos of my naked body... While being handed back my clothing, I was punched - assaulted by officers thereof damaging my Lower partial denture...

Since that date; I continue to be ignored and denied dental treatment - Lower partial denture repair and/or replacement - which I believe is fueled by anti-Islam bias, prejudice and animus against me....

※ Thus, I am exercising my rights, and I should be given a Bail, so F. may pursue at my own financial expense, dental treatment for my Lower partial denture repair and/or replacement;

Or, I should be considered for movement to a federal BOP medical center for dental treatment - Lower partial denture repair - replacement!

※ Thank you for your time in reviewing my concerns sir; and I pray you will grant me appropriate relief.

I declare under the penalty of perjury that everything contained herein is true and correct to best of my knowledge and beliefs.

Executed at Milwaukee, Wisconsin this 27th day of June, 2018.

Respectfully,

*Muhammad A. Naasir*
(aka: Jason M. Ludke)
Muhammad A. Naasir
f/k/a: Jason M. Ludke
Defendant - Pro Se.

Jason M. Ludke
2017031075
Milwaukee County Jail
949 N. 9th St.
Milwaukee, WI 53233

cc: File
U.S. Dist. Judge Adelman ✓