Jason M. Ludke
aka: Muhammad Abdun-Naasir
Milwaukee County Jail
949 N. 9th St.
Milwaukee, WI 53233

RECEIVED AUG -1 2018
U.S. DIST COURT EAST DIST WISC
CHAMBERS OF JUDGE LYNN ADELMAN

**URGENT**

Re: United States of America
v.
Jason Michael Ludke
aka: Muhammad Abdun-Naasir

Case No.: 16-CR-175

Dear Hon. U.S. Dist. Judge L. Adelman:

I am writing you about the continuing "mistreatment" upon me as a federal prisoner at this facility (Milw. County Jail). I, in the past, wrote to the U.S. Marshals Service office, with no recognition on this.

① I am a "Muslim" of the Islamic faith, and feel I am being abused, and harassed here due to my Islamic faith, and my high profile federal charges.

② *(As I did nothing wrong, and was put in punitive solitary confinement from December 2017 till February 2018, with no due process hearing, no notice given to me, and no reason provided to me!)

③ I am 'denied' access to a "Law Library" here, so I can research my pending case, and work to prepare a defense for myself.
(As a muslim, we dont "blindly" follow people, so I dont trust these appointed Attorneys, and feel I have a constitutional right to Law Library to prepare my case!)

④ I am routinely neglected, ignored and denied to view/work on my federal case 'Discovery' cd disks in this case.
**(Note = I am still being neglected, ignored and denied to view pieces of my Discovery (i.e., videos posted online; articles - files shared; links) by these currently appointed Attorneys on this case!)

Your Honor,

⑤ In the past; I was in "Dodge Jail in Juneau WI;" under federal custody; and was under much abuse, harassment and discrimination by staff there, and my religious freedom rights were denied there *(as I was denied to wear my "muslim-kufi cap"), and

as a "muslim male", it is "obligatory and mandatory" for me to protect my chastity and modesty and emulate the Prophet muhammad (peace be upon him) and to wear my "kufi cap" "at all times." *(Just as a muslim woman is obligated to wear the Hijaab; a muslim man, must keep his head covered [kufi cap]).

⑥ So, please don't send me back to Dodge Co. Jail (Juneau) Federal U.S. Marshals custody.

Your Honor,

⑦ I am lastly, not being provided my mental health medications at this facility!

⑧ While at "Kenosha Co. Jail" under federal custody; I never had any problems, Your Honor; and I was receiving my proper medical care and mental health treatment!

⑨ I am literally not being given proper (or any) - medical care and mental health treatment

at this Milw. Co. Jail,

So, Your Honor,

⑩ I humbly and respectfully ask you to refer this letter to the U.S. marshals Service; and request can I please be moved and held at "<u>Kenosha Co. Jail</u>" as federal inmates normally held at!

✱✱(note = Ive never had problems at Kenosha Jail; and I can receive medical care, mental health care, use Law Library; be able to freely look at - view my Discovery cd disks; and lastly, I would be granted my muslim religious freedom rights - I'd be allowed my "kufi cap", allowed weekly Friday Jumuah congregational prayers; a muslim chaplain works there and can help me with my spiritual counseling)!

(11) Thank you for your time, Your Honor; and I respectfully ask, can I be moved down to "Kenosha Co. Jail" where us federal inmates normally all held.

Thank you!

I declare under the penalty of perjury that everything contained herein is true and correct.

Executed at Milwaukee, Wisconsin this 29th day of July, 2018.

Respectfully,

Muhammad A-Naasir
(aka: Jason M. Ludke)
Defendant.

Jason M. Ludke
(aka: Muhammad Abdun-Naasir)
Milwaukee County Jail
949 N. 9th St.
Milwaukee, WI
53233

CC:/ File ✓
U.S. Dist. Court
Attorney Joshua D. Uller
Attorney Tom Phillip
AUSA Paul Kanter

Jason M. Ludke, Bk#2017031075
Pod 4B-35 dob: 11-29-1960
Milwaukee County Jail
949 N. 9th st,
Milwaukee, WI
53233

Legal

SCREENED
AUG 01 2018
U.S. MARSHALS SERVICE
MILWAUKEE, WI

MILWAUKEE WI 530
30 JUL 2018 PM 5 L

53202-458299

Hon. U.S. Dist. Judge L. Adelman;
United States District Court
+ clerk of the court
517 e. Wisconsin ave,
Milwaukee, WI
53202



Legal

Legal



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013