# #WFEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant
Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 E. Wisconsin Avenue
Room 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

August 3, 2018

Honorable Lynn Adelman
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI  53202

RE:   *United States v. Jason Ludke*
      Case No. 16-CR-175 (LA)

Dear Judge Adelman:

In the last couple weeks, Mr. Ludke has filed a series of letters/pro se motions with the Court. Today, Mr. Ludke filed another letter asking to have Attorney Phillip and I removed from the case. *See* Doc. 79. The Court had previously asked Attorney Phillip and me to communicate with Mr. Ludke about his concerns. *See* Doc. 75. I wanted to alert the Court that I have addressed Mr. Ludke's concerns, and believe we have resolved each of the issues, including those that prompted his request for substitute counsel. As a result, I don't believe it is necessary for the Court to take any action.

Respectfully submitted,


/s/*Joshua Uller*