UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Chambers of       364 U.S. Courthouse              414/297-1285
Lynn Adelman      517 East Wisconsin Avenue        Fax 414/297-1211
  Judge           Milwaukee, Wisconsin 53202-4583

August 3, 2018

Joshua D Uller
Federal Defender Services of Wisconsin Inc
517 E Wisconsin Ave - Rm 182
Milwaukee, WI 53202

Thomas E Phillip
Federal Defender Services of Wisconsin Inc
801 E Walnut St - 2nd Fl
Green Bay, WI 54301

       Re:    United States v. Jason Ludke
               Case No. 16-CR-175

Dear Counsel:

The court has received additional pro se filings from your client. The court will take no action on these filings at this time. Requests for court action, including correction of the name appearing on the docket, should come from counsel.

                                    Very truly yours,

                                    /s Lynn Adelman
                                    Lynn Adelman
                                    District Judge

cc:    Paul L Kanter
        Benjamin P Taibleson
        Jolie Felice Zimmerman