Re= United States of America
v.
Jason Michael Ludke
aka: Muhammad Abdun-Naasir

Case No.: 16-CR-175

Dear Hon. Clerk of Court=

I request Judge Adelman to review this issue.

I feel like my Attorneys are not caring about my health.

On arrest in Texas, I refused to strip naked, in summary my lower partial denture was damaged by officers in Texas, beating me up.

Since such date; my dental care continues to worsen – deteriate, as I've had 2 (two) teeth crack and break; and in this particular facility (Milw Co. Jail) I've requested dental care approximately 2 (two) months ago and still not given any care!?

Further, I am in a "county jail" facility that does not care to "fix" teeth; but dental told me in past, they solely will 'extract' teeth!?

So I am forced to be denied proper care and have literally numerous teeth extracted, that can be repaired!

Furthermore, I've been denied and ignored to have my 'lower partial denture' 'repaired and/or replaced', which is now causing me 'weight loss, bleeding and extreme soreness in lower gum, and migraine headaches.'

If I am being denied all this proper medical and dental care; shouldn't I logically be allowed my statutory and constitutional right to a "bail hearing" to evaluate this issue!?

\* I request a **Bail Hearing** to allow me to go to a independent dentist so I may pay at my own financial expense, to have my needed dental

Case 2:16-cr-00175-LA  Filed 09/14/18  Page 2 of 4  Document 85

care and treatment completed, and receive my Lower Partial Denture repair and/or replacement;

along with receive my right to dental care and treatment, on these current teeth needing crowns, and repairable care!

As at current, this Milw. Co. Jail facility is extremely medically negligent; and my dental needs are violated here!
• (i.e., 2 [two] months ago ive requested treatment, to still being ignored and neglected).

I request Court to notice this issue affecting my health; and respectfully ask my Attorneys to file my right to a "Bail Hearing" motion on this issue!

or, as a 'alternative'; I be transferred to the BOP, "MCC-Chicago" pre-trial facility; in which I can receive all my dental care there!

Thank you,

I declare under penalty of perjury everything herein

is true and correct to best of my knowledge and beliefs.

executed at Milwaukee, Wisconsin this 31st day of August, 2018.

Respectfully,

Muhammad A. Nassir
(aka: Jason M. Ludke)

Jason M. Ludke
Milw. Co. Jail.
949 N. 9th St.,
Milwaukee, WI
53233

cc: file
Clerk of Court U.S. Dist Court ✓
Attorney Joshua D. Uller